# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Michael Joseph Bell**
        Plaintiff(s)

vs.                                       **CASE NUMBER: 5:25-cv-00527-TWD**

**Commissioner of the Social Security Administration**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED JUDGMENT that Commissioner's decision is REVERSED on consent under sentence four of 42 U.S. C.§ 405(g) and REMANDED to the Commissioner for further proceedings

All of the above pursuant to the order of the Honorable **Thérèse Wiley Dancks**, dated 2/10/2026.

DATED: February 10, 2026

*John Domurad*
Clerk of Court

        s/ Penny Jezerski
        Penny Jezerski
        Deputy Clerk